*Order Entered March 8, 2007:*

PEOPLE V MCCULLER, No. 128161. On February 20, 2007, the United States Supreme Court entered an order that vacated this Court's opinion in this case, and remanded this case to this Court for further consideration in light of *Cunningham v California,* 549 US ___; 127 S Ct 856; 166 L Ed 2d 856 (2007). On order of the Court, this case shall be argued and submitted to the Court together with the cases of *People v Burns* (Docket No. 131898), and *People v Harper* (Docket No. 130988), at such future session of the Court as the cases are ready for submission. The parties shall file supplemental briefs by April 4, 2007, addressing the effect, if any, of *Cunningham v California* on the prison sentence imposed in this case, and on this Court's vacated opinion in this case, *People v McCuller,* 475 Mich 176 (2006). The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae by April 4, 2007. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae by April 4, 2007. Court of Appeals No. 250000.

*Order Entered March 14, 2007:*

PROPOSED AMENDMENT OF RULE 8.110 OF THE MICHIGAN COURT RULES. On order of the Court, this is to advise that the Court is considering an amendment of Rule 8.110 of the Michigan Court Rules. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford interested persons the opportunity to comment on the form or the merits of the proposal or to suggest alternatives. The Court welcomes the views of all. This matter will be considered at a public hearing. The notices and agendas for public hearings are posted on the Court's website at www.courts.michigan.gov/supremecourt.

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.

[The present language would be amended as indicated below.]